

U.S. COURT OF APPEALS
RECEIVED
CLERK

JAN 02 2025

ATLANTA, GA

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

_____USA_____ vs. _Robert Rivernider_ Appeal No. ___TBD___

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

Robert Rivernider
Judge Barber
Judge Lammens
AUSA Hamilton
P.D. Erik Padilla
Joshua Woodard - standby counsel

Submitted by:

Signature: _Robert Rivernider_

Name: _Robert Rivernider_   Prisoner # (if applicable): _A0278231_

Address: _MCJ 3290 NW 10TH ST. OCALA, FL 34475_

Telephone #: _N/A_

Rev.: 2/23

Robert Rwsrwider
14 S. Bobwhite Rd
Wildwood FL 34785

ORLANDO FL 328
30 DEC 2025 PM 5 L

FOREVER · USA

CLEARED SECURITY

JAN 0 2 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

U.S. Court of Appeals
11th Circuit
Attn: Clerk of the Court
56 Forsyth St, NW
Atlanta, GA 30303

30303-229599