# In the United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.                                                                    No. 25-14369-J

ROBERT RIVERNIDER,
*Defendant-Appellant*

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

In addition to the persons identified in the initial certificate of interested persons and corporate disclosure statement filed by Robert Rivernider, the following persons have an interest in the outcome of this case:

1.    Handberg, Roger B., former United States Attorney;

2.    Kehoe, Gregory W., United States Attorney;

3.    Pritchard, Jr., Charles L., Federal Public Defender;

4.    Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

5.    Siekkinen, Sean, Assistant United States Attorney;

6.    Swartzberg, Sarah J., Assistant United States Attorney; and

7.    Sweeney, Sara C., former Acting United States Attorney.

*United States v. Robert Rivernider*
No. 25-14369-J

No publicly traded entity has an interest in the outcome of this appeal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney


By:    *s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
sean.siekkinen@usdoj.gov

# Certificate of Service

I certify that on January 29, 2026, a copy of the foregoing document and notice of electronic filing was sent by United States mail to the following non-CM/ECF participant:

ROBERT RIVERNIDER
14 S. Bobwhite Rd
Wildwood, FL 34785

*Defendant-Appellant, pro se*

*s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney

*p_Rivernider, Robert_US CIP szs.docx*