# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

### No. 25-14369-J

### UNITED STATES OF AMERICA,

#### Plaintiff–Appellee,

#### v.

### ROBERT H. RIVERNIDER,

#### Defendant–Appellant.

*Appeal from the United States District Court*

*for the Middle District of Florida*

*(D.C. No. 5:24-cr-00138-TPB-PRL-1)*

## APPELLANT'S MOTION TO REINSTATE APPEAL

## AND MOTION FOR LEAVE TO FILE TRANSCRIPT ORDER FORM OUT OF TIME

Appellant Robert H. Rivernider, proceeding pro se, respectfully moves this Court to reinstate the above-captioned appeal pursuant to 11th Cir. R. 42-1(b), Fed. R. App. P. 2, and Fed. R. App. P. 26(b), and for leave to file the Transcript Order Form out of time. In support, Appellant states:

1. This appeal was dismissed for want of prosecution based on the Court's determination that a Transcript Order Form had not been filed in the district court within the time fixed by the rules.

1

2. On March ___, 2026, Appellant caused a Corrected Transcript Order Form to be filed with the Clerk of the United States District Court for the Middle District of Florida remedying the deficiency identified by this Court.

3. The transcript request includes the following hearings held in 2025: June 25, July 9, August 26, October 24, and December 12.

4. Appellant previously attempted to comply with the transcript-order requirement, but a clerical error in one hearing date combined with custodial transfer issues prevented timely correction of the deficiency.

5. On December 23, 2025, Appellant was transferred by the United States Marshals from Marion County Jail to Orange County Jail without access to legal materials or prior court correspondence.

6. Appellant was housed in an intake unit for approximately twenty-six days with limited access to communication or legal resources.

7. Mail disruptions also occurred during this transfer period, and Appellant was informed that some court correspondence was returned to the Court.

Under Pioneer Inv. Servs. Co. v. Brunswick Assocs., 507 U.S. 380 (1993), courts consider prejudice, the reason for delay, the length of delay, and good faith when determining excusable neglect. Those factors weigh strongly in favor of reinstatement here.

Appellant acted in good faith and did not intend to abandon the appeal. The appeal has not proceeded on the merits and reinstatement will not prejudice the Government.

Courts also recognize the practical limitations faced by incarcerated pro se litigants. See Houston v. Lack, 487 U.S. 266 (1988).

Because the transcript-order deficiency has now been corrected in the district court and reinstatement will cause no prejudice to the Government, the interests of justice favor reinstating the appeal so that it may be resolved on the merits.

WHEREFORE, Appellant respectfully requests that the Court:

A. Reinstate the appeal;

B. Grant leave to file the Transcript Order Form out of time; and

C. Grant any other relief the Court deems appropriate.

Respectfully submitted,


Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

**CERTIFICATE OF INTERESTED PERSONS**

**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1, Appellant Robert H. Rivernider certifies that the following is a complete list of interested persons:

Robert H. Rivernider – Defendant–Appellant

United States of America – Plaintiff–Appellee

United States District Court for the Middle District of Florida

Hon. Thomas P. Barber – United States District Judge

United States Probation Office

United States Attorney's Office for the Middle District of Florida

Respectfully submitted,

Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

4

# TRANSCRIPT ORDER FORM

*(Filed in the U.S. District Court – Middle District of Florida)*

Case: United States v. Robert H. Rivernider

District Court Case No.: 5:24-cr-00138-TPB-PRL-1

Court of Appeals Case No.: 25-14369-J

Proceedings Requested (2025):

June 25, 2025

July 9, 2025

August 26, 2025

October 24, 2025

December 12, 2025

Purpose of Transcript: Appeal

Appellant is proceeding pro se and requests preparation of the above transcripts for purposes of the pending appeal.

Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101


CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, 2026, I caused a true and correct copy of the foregoing Motion to Reinstate Appeal, Motion for Leave to File Transcript Order Form Out of Time, Certificate of Interested Persons, and attached Transcript Order Form to be served by United States Mail upon the following:

Office of the United States Attorney
Middle District of Florida
207 NW 2nd Street, Ste 257

Ocala, FL 34475-4780

I further certify that these documents were placed in the United States mail by a third party on my behalf.

Respectfully submitted,
Date: March 13, 2026

Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

Robert H. Rivernider
Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

Date: March 14, 2026

Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

Re: United States v. Rivernider
Appeal No. 25-14369-J

NOTICE OF CHANGE OF ADDRESS AND STATUS UPDATE

Dear Clerk:

Please update the Court's records to reflect that Appellant Robert H. Rivernider is now housed at the following address:

Robert H. Rivernider
Reg. No. 96006-004
FDC Miami
Federal Detention Center
PO Box 019120
Miami, FL 33101

On March 2, 2026, Appellant received two letters from the Court of Appeals dated February 10, 2026 and February 19, 2026. The February 10, 2026 letter indicated that the appeal had been dismissed, and the February 19, 2026 letter stated that no action would be taken on a motion filed by Appellant. These are the only letters Appellant has received from any court since being transferred from Marion County Jail on December 23, 2025.

For the Court's awareness, Appellant's custodial history since that transfer has been as follows:

On March 3, 2026 at approximately 2:30 a.m., Appellant was transported from Orange County Jail to Seminole County Jail, located approximately thirty miles away. Appellant arrived in general population at approximately 8:00 p.m. that evening.

On March 5, 2026 at approximately 2:30 a.m., Appellant was transported from Seminole County Jail to the Federal Detention Center in Miami, Florida, a transport of approximately five hours. Appellant arrived in general population at approximately 8:00 p.m. on that date and remains housed at FDC Miami, until his final designation has been determined.

Appellant respectfully requests that all future correspondence and court filings be directed to the above FDC Miami address.

Thank you for your attention to this matter.

Respectfully submitted,


Robert Henry Rivernider, Jr

*Robert Henry Rivernider, Jr*

ELECTRONIC SIGNATURE: /S/ Robert Henry Rivernider, Jr
Pro Se Petitioner

With Permission

Robert Riverrider
Reg# 96006-004
FDC Miami
PO Box 019120
Miami FL 33101



ORLANDO FL 328
17 MAR 2026 PM 2 L

SCREENED
By USMS

U.S. Attorney's Office
Middle District of FL - Ocala
207 NW 2nd St, Ste 257
Ocala FL 34475-4780

34475-663557

