# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 25, 2026

Robert Rivernider
FDC Miami - Inmate Legal Mail
PO BOX 019120
MIAMI, FL 33101-9120

Appeal Number:  25-14369-J
Case Style:  USA v. Robert Rivernider
District Court Docket No:  5:24-cr-00138-TPB-PRL-1

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to reinstate appeal [10697523-2] filed by Appellant Robert RiverniderParty Robert Rivernider.
Reason(s) no action being taken on filing(s): The filing was forwarded from another court. See FRAP 25(a)(1)..

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Mistaken Filing in Another Court
We have been notified that you filed a document with another court that may have been intended for this Court. No action will be taken on your document because a document required or permitted to be filed with the court of appeals must be filed with the court of appeals clerk, pursuant to FRAP 25(a)(1).

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers
General Information:    404-335-6100        Attorney Admissions:         404-335-6122
Case Administration:   404-335-6135        Capital Cases:               404-335-6200
CM/ECF Help Desk:    404-335-6125        Cases Set for Oral Argument: 404-335-6141


Notice No Action Taken