25-14369—J



U.S. COURT OF APPEALS
RECEIVED
CLERK

MAR 25 2026

ATLANTA, GA

Robert Rivernider
#25041136
Orange County Corrections - Inmate Legal Mail
PO BOX 4970
ORLANDO, FL 42802-4970

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N W
Atlanta, Georgia 30303

David J Smith
Clerk of Court

For rules and forms visit
www call uscourts gov

March 11, 2026

Robert Rivernider
Marion County Jail - Inmate Legal Mail
3290 NW 10TH ST
OCALA, FL 34475

Appeal Number: 25-14369-J
Case Style: USA v. Robert Rivernider
District Court Docket No: 5:24-cr-00138-TPB-PRL-1

## NO ACTION / DEFICIENCY NOTICE

Notice that no action will be taken on Motion to reinstate appeal [10687796-2] filed by Appellant Robert RivcrniderParty Robert Rivernider.
Reason(s) no action being taken on filing(s): The deficiencies that caused this case to be dismissed have not been remedied to file a Transcript Order Form in the district court within the time fixed by the rules.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

## CORRECTIVE ACTION

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include** any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice No Action Taken

**UNITED STATES COURT OF APPEALS**

ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

ATLANTA GA RPDC 302

12 MAR 2026 PM 3 L

FIRST-CLASS

- LEGAL MAIL -
Only Open in the Presence of the Inmate



US POSTAGE IMI PITNEY BOWES

ZIP 30303 $ 000.74⁰
02 7W
0008042953 MAR 12 2026

CLEARED SECURITY

MAR 2 5 2026

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

NIXIE        339    D2  1

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 30303229599        *0447-04938-12-42

REF
30303>2295
32802-497070