No. 25-14369-J

---

In the
# United States Court of Appeals
# for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

ROBERT H. RIVERNIDER,
*Defendant-Appellant*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 5:24-CR-00138-TPB-PRL

---

## UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO APPELLANT'S MOTION

---

GREGORY W. KEHOE
United States Attorney

SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

May 28, 2026

# In the United States Court of Appeals
# for the Eleventh Circuit

---

UNITED STATES OF AMERICA,
   *Plaintiff-Appellee*,

v.                                                    No. 25-14369-J

ROBERT H. RIVERNIDER,
   *Defendant-Appellant*

---

### United States' Motion for Extension of Time to
### Respond to Appellant's Motion

Appellee, the United States, respectfully requests an extension of time of seven days, until June 4, 2026, in which to respond to appellant's *pro se* "Renewed Emergency Motion" seeking release pending appeal and other relief (App. Doc. 35). Our response is presently due today (May 28). Additional time is necessary for the following reasons:

1.     I am counsel of record for the United States in this appeal.

2.     *Pro se* appellant Robert Rivernider signed the motion in question on May 11 and the Court dated it May 18, but the motion was not docketed—and we did not receive it—until May 26 (two days ago). *See* App. Doc. 35.

3.     I was unable to turn to this matter until today due to other pending appeals in this Court.

4.     To obtain release pending appeal, Rivernider would need to show

by clear and convincing evidence that he is unlikely to flee and unlikely to pose a danger to the community, and also demonstrate that his appeal raises "a substantial question of law or fact" likely to result in favorable relief for him. *See* 18 U.S.C. § 3143(b).

5.  The district court has already ruled that Rivernider is not entitled to release pending appeal. *See* Doc. 127 (denying previous motion).

6.  Based on my preliminary review of the record, I see no "substantial" question of law or fact likely to result in favorable relief for Rivernider under § 3143(b), and therefore no likelihood that he can meet his burden to obtain release pending appeal.

7.  However, Rivernider also seeks various other relief apparently related to his previous requests in the district court for transcripts or other materials. *See* App. Doc. 35 at 5–9. I will require additional time to review the record below and respond to these arguments.

2

For these reasons, the United States requests seven more days—until June 4, 2026—in which to respond to appellant's motion.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    s/ Sean Siekkinen
SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
sean.siekkinen@usdoj.gov

3

## Certificate of Compliance with Type-Volume Limitation

This motion, which contains 331 countable words, complies with Fed.

R. App. P. 27(d)(2)(A) and Fed. R. App. P. 32(a)(5), (6).

# Certificate of Service

I certify that on May 28, 2026, a copy of the foregoing document and notice of electronic filing was sent by United States mail to the following non-CM/ECF participant:

ROBERT RIVERNIDER
Reg. No. 96006-004- Inmate Mail
FCI Beckley
P.O. Box 350
Beaver, WV 35813

*Defendant-Appellant, pro se*

*s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney